UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

MAR 0 6 2006


CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06 – 40017 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| RAYMOND T. STEWART, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    This matter came before the Court for hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(5)(A) on a Motion for Revocation (of Supervised Release) venued in the Eastern District of North Carolina on Monday, March 6, 2006. The Defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, Jeff Clapper.

    A preliminary examination was held and probable cause exists to bind Defendant over for further proceedings. Defendant did not present any evidence to rebut the presumption for detention. Based on the above, it is hereby

    ORDERED that:

1. Defendant Raymond T. Stewart be held to answer the allegations contained in the Motion for Revocation (of Supervised Release).

2. Defendant Raymond T. Stewart is remanded to the custody of the U.S. Marshal's Service pending further proceedings.

3. Because of the anticipated request for transfer of jurisdiction, an order regarding Defendant's transfer to the Eastern District of North Carolina or an order setting a revocation hearing in the District of South Dakota is deferred.

Dated this 6th day of March, 2006.

                                          John E. Simko
                                        United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

by _____, Deputy
(SEAL)