

FILED
FEB 05 2007
CLERK

# UNITED STATES DISTRICT COURT
## District of South Dakota
## Southern Division

United States of America,

                   Plaintiff

vs.

Raymond Stewart,

                   Defendant

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**
CR #: 5:02-CR-268-1

Pursuant to the request of the U.S. Probation Officer, it is ordered that the defendant be unsatisfactorily discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 4th day of Feb., 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge